therefore the bond is without consideration. The testimony [of] James Wootten, confirmed by Hasting, Ellis and Culleny, clearly proves a delivery. The woman consented to go with him. He left her of his own accord to borrow a cart to remove her and the child and her chest and bed; before he returned she ran away. It was his folly to leave her. The woman deceived him, but the seller fully complied with his undertaking.

## JAMES BROWN, CHARLES BROWN, THOMAS BROWN and EDWARD BROWN v. WILLIAM BROWN and JOHN BROWN.

Court of Chancery. Sussex. July 26, 1821.

*Ridgely's Notebook III, 393.*

## Ex parte ANNA JOHNSON.

Orphans' Court. Kent. August 6, 1821.

*Ridgely's Notebook III, 396.*

